**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                       No. 4:11CR00233-03 JLH

JOSE TRINIDAD VILLALOBOS-VILLA                                     DEFENDANT

## ORDER

Jose Trinidad Villalobos-Villa has filed a *pro se* motion to reduce his sentence pursuant to

the two-point reduction of sentence in Amendment 782 to the sentencing guidelines.  The Court has

already granted Villalobos-Villa that relief in an Order entered *sua sponte*.  *See* Document #206.

The motion to reduce his sentence is therefore denied as moot.  Document #208.

IT IS SO ORDERED this 3rd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE